## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Cindy Lou Wert**
**d/b/a Cindy L. Wert, R.PH.**

**BK NO. 23-01607 HWV**

                                Debtor(s)                                **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.


Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
25 Jul 2023, 11:49:10, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 2dae7d4e42e81d27523f66b1f5780c52423acf949343153c5599dc24b61d99b