Certificate Number: 06531-PAM-DE-037678228

Bankruptcy Case Number: 23-01607


06531-PAM-DE-037678228

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2023, at 1:03 o'clock AM CDT, Cindy L Wert completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 15, 2023

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Counselor