In re:  
Cindy Lou Wert  
    Debtor

Case No. 23-01607-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Aug 17, 2023 | Form ID: ntcnfhrg | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Lou Wert, 1033 East Cherry Street, Palmyra, PA 17078-2804 |
| 5554712 | + | DOROTHY D WERT, 1033 EAST CHERRY STREET, PALMYRA, PA 17078-2804 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5554705 | | Email/PDF: bncnotices@becket-lee.com | Aug 17 2023 18:53:44 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5554706 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 18:43:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5554707 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 17 2023 18:43:00 | BANK OF AMERICA HOME LOANS, CUSTOMER SERVICE, PO BOX 5170, SIMI VALLEY, CA 93062-5170 |
| 5554708 | | Email/Text: bankruptcy@bhg-inc.com | Aug 17 2023 18:43:00 | BANKERS HEALTHCARE GROUP LLC, 201 SOLAR STREET, SYRACUSE, NY 13204 |
| 5555030 | + | Email/Text: bankruptcy@pnfp.com | Aug 17 2023 18:44:00 | Banker's Healthcare Group c/o Pinnacle Bank, 150 3rd Avenue S. STE 900, Nashville, TN 37201-2034 |
| 5554709 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 17 2023 18:44:00 | CB/CAESARS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5554710 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 18:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5554722 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 17 2023 18:43:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5554711 | | Email/Text: mrdiscen@discover.com | Aug 17 2023 18:43:00 | DISCOVER BANK BK NOTICES, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5555921 | | Email/Text: mrdiscen@discover.com | Aug 17 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5554715 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 17 2023 18:54:07 | HUD HEADQUARTERS, BANKRUPTCY NOTICES, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5554716 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 17 2023 18:44:00 | HYUNDAI MOTOR FINANCE CO, BANKRUPTCY DEPARTMENT, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 5558909 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 17 2023 18:44:00 | Hyundai Capital America DBA Hyundai Motor |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5554717 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2023 18:44:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5554719 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 18:54:22 | SEARS/CBNA, PO BOX 6286, SIOUX FALLS, SD 57117-6286 |
| 5554720 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 17 2023 18:42:01 | SOFI BANK, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1494 |
| 5554721 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 18:43:24 | SYNCB/SAMSDC, BANKRUPTCY NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5554723 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 17 2023 18:43:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5554724 | | Email/Text: bknotice@upgrade.com | Aug 17 2023 18:43:00 | UPGRADE INC, 2 NORTH CENTRAL AVE, 10TH FL, PHOENIX, AZ 85004 |
| 5554713 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 17 2023 18:44:00 | ELAN FINANCIAL SERVICES, PO BOX 108, SAINT LOUIS, MO 63166-9801 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5554714 | | Homeowner's insurance |
| 5554718 | | Real estate taxes |
| 5557425 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Cindy Lou Wert karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |

| | | |
|---|---|---|
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Cindy Lou Wert,<br>dba Cindy L. Wert, R.PH., | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−01607−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 27, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2023 |

ntcnfhrg (08/21)