IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Cindy Lou Wert<br>dba Cindy L. Wert, R.PH.<br><br>Debtor(s) | Case No.: 23-01607 HWV<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 1033 East Cherry Street, Palmyra, PA 17078 and identified by account number *******3290.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com

Dated: November 14, 2023

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Cindy Lou Wert<br>dba Cindy L. Wert, R.PH.<br><br>Debtor(s) | Case No.: 23-01607 HWV<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 14, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

| | |
|---|---|
| Jack N. Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown PA  17036<br>info@pamd13trustee.com<br>Trustee | Kara Katherine Gendron, Esquire<br>125 State Street<br>Harrisburg PA  17101<br>karagendron@gmail.com<br>Attorney for Debtor/Debtors |

<u>Parties served via First-Class Mail:</u>

Cindy Lou Wert
dba Cindy L. Wert, R.PH.
1033 East Cherry Street
Palmyra PA  17078
Debtor

Dated:  November 14, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: <u>bankruptcy@powerskirn.com</u>
Attorneys for Creditor/Movant