UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re:
Wert, Cindy Lou

Case No. 23-01607
Chapter 13

Debtor(s) /

**AMENDED NOTICE OF CHANGE OF ADDRESS**

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ✓

Please print the following information:

NAME: Banker's Healthcare Group c/o Pinnacle Bank

OLD MAILING ADDRESS: 150 3rd Ave. S. Ste. 900
Nashville, TN 37201
(ECF Claim #1)

NEW MAILING ADDRESS: 21 Platform Way S
STE 2300
Nashville, TN 37203

DATED: 07/30/25

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 615-743-8779

**All future notices AND PAYMENTS shall be sent to the new mailing address**

(6/1/11)